IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER ALAN BEATY                                              PLAINTIFF

V.                    CASE NO. 4:16-CV-836 SWW-BD

BRIANN LIMANDRI                                                     DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Limandri's motion for summary judgment (docket entry #25) is GRANTED. Mr. Beaty's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 28th day of December, 2017.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE