IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER ALAN BEATY                                                    PLAINTIFF

V.                      CASE NO. 4:16-CV-836 SWW-BD

BRIANN LIMANDRI                                                           DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

DATED this 28th day of December, 2017.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE